9742. BACON *v.* HANESLEY.

WADE, C. J. The present trover action grew out of another suit between the same parties, which was reviewed by this court in a former decision (19 *Ga. App.* 69, 90 S. E. 1033), where the identical mortgage-

foreclosure proceeding under which the defendant now claims title to the property sued for was held to be *absolutely void.*

(a) The mortgage-foreclosure proceeding, being void ab initio, could not be revived by a "short-order" proceeding for a sale of the property under the Civil Code (1910), § 6068 et seq. Nothing done in pursuance thereof could render a sale thereunder legal, and the purchaser at such a sale obtained no title whatever to the property. Consequently the trial judge erred in directing a verdict in his favor.

2. In view of the foregoing holding it is unnecessary to discuss other grounds of the motion for a new trial.

*Judgment reversed. Jenkins and Luke, JJ., concur.*

DECIDED OCTOBER 16, 1918.

Trover; from city court of Americus—Judge Harper. April 15, 1918.

*Wallis & Fort,* for plaintiff. *R. L. Maynard,* for defendant.